UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREST WEST CASUALTY COMPANY,        )<br>                                     )<br>     Plaintiff,                     )<br>                                     )<br>v.                                   )     Case No. CIV-24-1122-G<br>                                     )<br>CANNON BALL DIRECT, LLC et al.,      )<br>                                     )<br>     Defendants.                    )| |

## ORDER

Plaintiff Great West Casualty Company initiated this action in October 2024, seeking entry of a declaratory judgment regarding an insurance policy issued by Plaintiff to Defendant Cannon Ball Direct, LLC ("Cannon Ball"). Now before the Court is a Motion to Dismiss or Stay (Doc. No. 25) filed by Defendants Cannon Ball and Clayton S. Hays. Responses have been filed by Plaintiff and by Defendant Carla McDaniel, as Special Administrator of the Estate of Colter Vaught, Deceased (Doc. Nos. 26, 29), as well as a Reply (Doc. No. 28).

A federal district court's "broad discretion to stay proceedings," *Clinton v. Jones*, 520 U.S. 681, 706 (1997), is inherent in its power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants," *Landis v. N. Am. Co.*, 229 U.S. 248, 254 (1936). The party seeking a stay bears the burden of showing that there is a "pressing need for delay and that the other party will not suffer harm" as a result. *Nelson v. Granite State Ins. Co.*, No. CIV-08-1165-M, 2010 WL 680878, at *1 (W.D. Okla. Feb. 25, 2010).

The Court finds that staying this matter is the most efficient course of action and will not be unduly prejudicial to any party, given the likelihood that the disposition of Defendant Hays' criminal prosecution for the murder of Colter Vaught in the District Court of Beckham County will materially affect the coverage disputes at issue in this case, as well as the Fifth Amendment concerns cited by Defendant Hays. *See* Defs.' Mot. at 9-19.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss or Stay (Doc. No. 25) is GRANTED as follows:

- This matter and all proceedings herein are STAYED, pending the disposition of Defendant Hays' criminal proceeding in *State v. Hays*, No. CF-2024-9 (Beckham Cnty. Dist. Ct.) and further order of the Court;

- Defendants Cannon Ball and Hays are DIRECTED to notify the Court in writing of the Beckham County District Court's disposition of Defendant Hays' criminal proceeding within fourteen (14) of the date of that disposition; and

- Defendant McDaniel's Motion to Dismiss or Stay (Doc. No. 9) and Plaintiff's Motion for Order (Doc. No. 30) are DENIED without prejudice.

IT IS SO ORDERED this 5th day of August, 2025.

_____
CHARLES B. GOODWIN
United States District Judge